**JUDGE KRAM**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

NM HOMES ONE, INC.

          Plaintiff,

v.

JP MORGAN CHASE BANK, N.A. AND TODD BROWN,

          Defendants.

---------------------------------------- x

08 CV 7679

ECF CASE

Case No. 08 CV 7679 (SWK)

RULE 7.1 DISCLOSURE STATEMENT

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for NM HOMES ONE, INC. (a private non-governmental party) certifies that its parent corporation is New Millennium Homes LLC, and that no publicly held corporation owns 10% or more of its stock. NM Homes One, Inc. has a single affiliate, NM Homes Two, Inc.

Dated: 9/2/2008
New York, New York

Respectfully submitted,

KOBRE & KIM LLP

Michael S. Kim (MK-0308)
Steven W. Perlstein (SP-7841)
Carrie A. Tendler (CT-7920)

800 Third Avenue
New York, New York 10022
Tel: 212.488.1200
Fax: 212.488.1220

*Attorneys for
NM Homes One, Inc.*