UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NM HOMES ONE, INC.<br><br>            Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A. AND TODD BROWN,<br><br>            Defendants. | 08 CV 7679 (PAC)<br><br>ECF CASE<br><br>**NOTICE OF MOTION FOR RECONSIDERATION** |

      PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 59(e) and Local Rule 6.3, and based on an amicus brief filed on April 7, 2010, by the New York State Attorney General in what defendants have termed analogous cases, Plaintiff NM Homes One, Inc., will move this court before the Honorable Paul A. Crotty at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date to be determined by the Court, to reconsider and vacate that portion of its Order filed on March 30, 2010, dismissing with prejudice those counts of NMH's Complaint asserting claims

1

for breach of fiduciary duty, negligence, and gross negligence on the ground that such claims were preempted by New York's Martin Act (N.Y. Gen. Law art. 23-a).

Dated: April 13, 2010
       New York, New York

Respectfully submitted,

KOBRE & KIM LLP

  /s/ Michael S. Kim
Michael S. Kim
(michael.kim@kobrekim.com)

Steven W. Perlstein
(steven.perlstein@kobrekim.com)

Carrie A. Tendler
(carrie.tendler@kobrekim.com)

800 Third Avenue
New York, New York 10022

Tel: +1 212 488 1200
Fax: +1 212 488 1220

*Attorneys for NM Homes One, Inc.*